IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TINA DEANETTE ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:12-cv-00461 ) ) Judge Nixon |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) Magistrate Judge Knowles ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Plaintiff's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 15), filed with a Memorandum in Support (Doc. No. 15). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion. (Doc. No. 17.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 19 at 22–23.) The Report was filed on May 12, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the Commissioner's decision. Defendant's Motion for a Stay Because of Lapse of Appropriations (Doc. No. 18) is hereby **TERMINATED AS MOOT**. The Clerk of the Court is **DIRECTED** to close this case.

It is so ORDERED.

Entered this the 2nd day of June, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT